UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **HOWARD EDWARD McCALL** <br> **BOP #20252-058** | * <br> * <br> * | **CIVIL ACTION NO. 2:14-cv-3497** <br> **SECTION P** |
| v. | * <br> * <br> * | **JUDGE MINALDI** |
| **WARDEN FCI OAKDALE** | * | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 4) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus (Rec. Doc. 1) filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this 3 day of January, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE